*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ramonita Bodon
    Debtor(s)

Case No: 17–15665–elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay the Second
Installment Payment in the amount
of $78.00 .

will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

on: 11/14/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: October 31, 2017

21
Form 175