# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-15665-ELF

RAMONITA BODON

3854 N. FAIRHLL STREET

PHILADELPIA, PA 19140-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RAMONITA BODON

3854 N. FAIRHLL STREET

PHILADELPIA, PA 19140-

Counsel for debtor(s), by electronic notice only.

    JENNIFER SCHULTZ
    NORTH PHILA LAW CENTER
    1410 W ERIE AV
    PHILA, PA 19140-4111

Date: 11/2/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee