# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| : | |
| : | BANKRUPTCY NO. 17-15665 |
| **RAMONITA BODON,** : | |
| : | |
| Debtor. : | |
| _____: | |

## **CERTIFICATE OF SERVICE**

I, Jennifer Schultz, Esq., certify that on December 11, 2017, copies of Debtor's Amended Schedules A/B, C, and E/F, and Declaration About Individual Debtor's Schedules, and this Certificate of Service have been served by first class mail, postage paid to the following:

American Express
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19335-0701

American Express
PO Box 981537
El Paso, TX 79998-1537

Capital One
Attn: Collections
PO Box 85147
Richmond, VA 23285-5147

City of Philadelphia
Dept of Water Revenue
PO Box 41496
Philadelphia, PA 19102

City of Philadelphia
Law Department - Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19105-1595

Edwin A. Abrahamsen & Assc., PC
1729 Pittston Ave.
Scranton, PA 18505-4794

Jose M. Reyes
3854 N. Fairhill Street
Philadelphia, PA 19140

LVNV Funding, LLC
Resurgent Capital Srvs
PO Box 10587
Greenville, SC 29603-0587

MidFirst Bank
999 N.W. Grand Boulevard, Ste. 100
Oklahoma City, OK 73118-6051

Midland Mortgage Company
999 N.W. Grand Boulevard
Oklahoma City, OK 73118-6051

Midland Mortgage Company
c/o Matteo S. Weiner, Esq.
KML Law Group
701 Market Street, Ste 5000
Philadelphia, PA 19106-1541

PECO Bankruptcy Group
2301 Market Street, S4-1
Philadelphia, PA 19103-1380

PECO Bankruptcy Group
2301 Market Street, S4-1-2
Philadelphia, PA 19103-1380

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Philadelphia
900 Market Street, Ste 400
Philadelphia, PA 19107-4233

SouthWest Credit System
4120 International Pkwy # 1100
Carrollton, TX 75007

T- Mobile
Co American Infosource LP
4515 N. Santa Fe Ave
Oklahoma City, OK 73118-7901

Temple University Hospital
3401 N. Broad Street
Philadelphia, PA 19140-5189

And Electronically served to:

WILLIAM C. MILLER
ecfemails@ph13trustee.com, philaecf@gmail.com

United State Trustee


December 11, 2017                           /s/ Jennifer Schultz, Esq.
Date                                        Jennifer Schultz, Esq.
                                            Attorney for Debtor
                                            Community Legal Services
                                            1410 W. Erie Ave.
                                            Philadelphia, PA 19140