United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ramonita Bodon  
    Debtor

Case No. 17-15665-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: jch　　　Page 1 of 1　　　Date Rcvd: Jan 23, 2018  
　　　　　　　　　　　　Form ID: 175　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.  
db　　　　+Ramonita Bodon,　　3854 N Fairhill St,　　Philadelphia, PA 19140-3333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:  
　　　　JENNIFER　SCHULTZ　　on behalf of Debtor Ramonita　Bodon jschultz@clsphila.org  
　　　　KEVIN G. MCDONALD　　on behalf of Creditor　　MIDFIRST BANK KMcDonald@blankrome.com  
　　　　MATTEO SAMUEL WEINER　　on behalf of Creditor　　MIDFIRST BANK bkgroup@kmllawgroup.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com,　philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ramonita Bodon
    Debtor(s)

Case No: 17−15665−elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay Third & Final Installment in the total amount of $154.00.

will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

on: 2/6/18

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: January 23, 2018