# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ramonita Bodon aka Ramonita Bodon Laboy<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| MIDFIRST BANK<br>　　　　　　　　　　Movant<br>　　vs.<br>Ramonita Bodon aka Ramonita Bodon Laboy<br>　　　　　　　　　　Debtor | NO. 17-15665 ELF |
| Jose M. Reyes<br>　　　　　　　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller, Esq.<br>　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this  13th  day of  March , 2018, withdrawal of the Debtor's response, it is

**ORDERED** THAT: the Motion for Relief from the Automatic Stay and the Codebtor Stay is granted and the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay as provided under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 3854 North Fairhill Street, Philadelphia, PA 19140 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Ramonita Bodon aka Ramonita Bodon Laboy
3854 North Fairhill Street
Philadelphia, PA 19140

Jose M. Reyes
3854 North Fairhill Street
Philadelphia, PA 19140

Jennifer Schultz
1410 West Erie Avenue
Philadelphia, PA 19140

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532