UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAMONITA BODON                              Chapter 13

            Debtor                          Bankruptcy No. 17-15665-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____  3/22/18
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JENNIFER SCHULTZ
NORTH PHILA LAW CENTER
1410 W ERIE AV
PHILA, PA 19140-4111

Debtor:
RAMONITA BODON

3854 N. FAIRHLL STREET

PHILADELPIA, PA 19140-