```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                             Case No. 17-15665-elf
Ramonita Bodon                                                     Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0313-2           User: Randi                  Page 1 of 2                  Date Rcvd: Mar 22, 2018
                               Form ID: pdf900              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db             +Ramonita Bodon,    3854 N Fairhill St,    Philadelphia, PA 19140-3333
13971241       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
14023773        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
13971242       +Capital One,    Attn: Collections,    PO Box 85147,    Richmond, VA 23276-0001
13971243       +City of Philadelphia,    Dept of Water Revenue,    PO Box 41496,    Philadelphia, PA 19101-1496
13971245       +Edwin A. Abrahamsen & Assc., PC,    1729 Pittston Ave.,    Scranton, PA 18505-4794
13971247       +Jose M. Reyes,    3854 N. Fairhill Street,    Philadelphia, PA 19140-3333
13971246       +Jose M. Reyes,    3854 N. fairhilll Street,    Philadelphia, PA 19140-3333
13971248       +KML Law Group, P.C.,    Suite 5000,    BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
14014678       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13971249       +Midfirst Bank,    999 N.W. Grand Boulevard,    Suite 100,    Oklahoma City, OK 73118-6051
13979264       +Midland Mortgage,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13971250       +Midland Mortgage Company,    999 N.W. grand Boulevard,    Oklahoma City, OK 73118-6051
13971251        PECO Bankruptcy Group,    2301 Market Street, S4-2,    Philadelphia, PA 19103-1380
13971254      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court:   T- Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596)
13971255       +Temple University Hospital,    3401 N. Broad Street,    Philadelphia, PA 19140-5189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 23 2018 01:35:06      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2018 01:35:04      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Mar 23 2018 01:35:06      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13971244        E-mail/Text: bankruptcy@phila.gov Mar 23 2018 01:35:06      City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19105-1595
14032319        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 23 2018 01:41:01      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
14024000        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 23 2018 01:41:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14021693        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 23 2018 01:41:12
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14008974       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 23 2018 01:34:38      PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
13971252       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2018 01:34:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
13971253       +E-mail/Text: bankruptcy@sw-credit.com Mar 23 2018 01:34:55      SouthWest Credit System,
                 4120 International Pkwy # 1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Randi                  Page 2 of 2                   Date Rcvd: Mar 22, 2018
                               Form ID: pdf900              Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:

```
              JENNIFER    SCHULTZ    on behalf of Debtor Ramonita  Bodon jschultz@clsphila.org
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND     on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                   TOTAL: 7
```

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAMONITA BODON                                Chapter 13

                        Debtor                Bankruptcy No. 17-15665-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____   3/22/18
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JENNIFER SCHULTZ
NORTH PHILA LAW CENTER
1410 W ERIE AV
PHILA, PA 19140-4111

Debtor:
RAMONITA BODON

3854 N. FAIRHLL STREET

PHILADELPIA, PA 19140-